IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                                                          2:26-CR-069-Z-BR-(1)

MIRIAM ELIZABETH BLANDON-OROZCO

    Defendant.

**ORDER ADOPTING REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

On July 17, 2026, the United States Magistrate Judge issued a Report and Recommendation Concerning Plea of Guilty ("Report and Recommendation") in the above referenced cause. Defendant Miriam Elizabeth Blandon-Orozco waived the fourteen-day objection period as set forth in 28 U.S.C. § 636(b)(1). The Court independently examined all relevant matters of record in the above referenced cause—including the elements of the offense, Factual Resume, Plea Agreement, and Plea Agreement Supplement—and thereby determined that the Report and Recommendation is correct. Therefore, the Report and Recommendation is hereby ADOPTED by the United States District Court. Accordingly, the Court hereby FINDS that the guilty plea of Defendant Miriam Elizabeth Blandon-Orozco was knowingly and voluntarily entered; ACCEPTS the guilty plea of Defendant Miriam Elizabeth Blandon-Orozco; and ADJUDGES Defendant Miriam Elizabeth Blandon-Orozco guilty of Count One of the Information in violation of 18 U.S.C. § 1546(a). Sentence will be imposed in accordance with the Court's sentencing scheduling order.

    **SO ORDERED**, July 20, 2026.

                                        _____

                                        MATTHEW J. KACSMARYK
                                        UNITED STATES DISTRICT JUDGE